UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BLOUNT | CIVIL ACTION |
| VERSUS | 20-582-SDD-RLB |
| CARMAX AUTO FINANCE | |

### RULING

The Court, after carefully considering the *Motion*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated June 9, 2021, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that Defendant's *Motion to Dismiss*[3] is GRANTED, and Plaintiffs claims against CarMax Auto Finance are DISMISSED WITH PREJUDICE.

Signed in Baton Rouge, Louisiana the 8 day of July, 2021.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 13.
[2] Rec. Doc. 17.
[3] Rec. Doc. 13.